STANLEY G. HILTON, BAR NO. 65990
LAW OFFICES OF STANLEY G. HILTON
2570 North First Street, Suite 200
San Jose, CA 95131
**Mailing Address:**
**P.O. Box 1188**
**Pacifica, CA 94044**
Tel:  (415) 846-5396
Fax: (650) 359-5154

Attorney for Plaintiff, Tom Byrnes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/18/05*

| | |
|---|---|
| TOM BYRNES, | Case No.: C 04 3941 RMW |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE RULE 11 MOTION FOR SANCTIONS AND ORDER** |
| LOCKHEED-MARTIN, INC., DEIRDRE WONG, LARRY MAYER, JIM SCHNEPP, ET. AL., | |
| Defendants. | |

Plaintiff and defendants hereby stipulate that the court hearing on defendants' motion for Rule 11 sanctions shall be continued from November 4, 2005 to November 18, 2005. Plaintiff's opposition is due 21 days before November 18, 2005 and defendants' reply brief is due 14 days before November 18, 2005.

Dated: September 21, 2005

_____LAW OFFICES OF STANLEY G. HILTON

By:   /s/
      STANLEY G. HILTON
      Attorney for Plaintiff, Tom Byrnes

Byrnes v. Lockheed Martin, et al.
Case No.: C 04-3941-RMW

1

1  Dated: September 8, 2005

2                    COOK & ROOS, LLP

3

4                  By:  /s/
                      JOHN C. COOK

5                        Attorneys for Defendant
                      LOCKHEED MARTIN CORPORATION

6

7

8  **IT IS SO ORDERED:**

9

10

11  Dated: 10/18/05                 /S/ RONALD M. WHYTE
                                  Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Byrnes v. Lockheed Martin, et al.
Case No.: C 04-3941-RMW                                               2