COOK & ROOS LLP
JOHN C. COOK, CBN 40630
TERA S. MATTHEWS, CBN 223770
KENT J. SPRINKLE, CBN 226971
221 Main Street, Suite 1600
San Francisco, CA 94105
Telephone:   415-362-7071
Facsimile:   415-362-7073

Attorneys for Defendants
LOCKHEED MARTIN CORPORATION,
sued herein as LOCKHEED-MARTIN, INC.,
DEIDRE WONG, LARRY MAYER and
JIM SCHNEPP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 11/15/05*

| | |
|---|---|
| TOM BYRNES, | Case No.: C 04 3941 RMW |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE HEARING DATES; [PROPOSED] ORDER |
| LOCKHEED-MARTIN, INC., DEIRDRE WONG, LARRY MAYER, JIM SCHNEPP, ET AL., | Hearing Date: November 18, 2005<br>Time:            9:00 a.m.<br>Courtroom:   6<br>Judge:          Hon. Ronald M. Whyte |
| Defendants. | |

Pursuant to the Court's request, the parties hereby stipulate and jointly request that the Court reschedule to December 16, 2005 the motions presently set for hearing on November 18, 2005.

SO STIPULATED:

Dated: November 9, 2005.

COOK & ROOS LLP

By: _____
JOHN C. COOK
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION,
DEIDRE WONG, LARRY MAYER and
JIM SCHNEPP

Dated: November ___, 2005.

LAW OFFICES OF STANLEY G HILTON

By: _____
STANLEY G. HILTON
Attorney for Plaintiff TOM BYRNES

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Ronald M. Whyte

P110305 kjs Stip. to Cont. Hearings.doc

1   Pursuant to the Court's request, the parties hereby stipulate and jointly request that the
2   Court reschedule to December 16, 2005 the motions presently set for hearing on November 18,
3   2005.

6   SO STIPULATED:

7   Dated: November ___, 2005.

        COOK & ROOS LLP

        By _____
            JOHN C. COOK
            Attorneys for Defendant
            LOCKHEED MARTIN CORPORATION,
            DEIDRE WONG, LARRY MAYER and
            JIM SCHNEPP

15  Dated: November 7, 2005.

        LAW OFFICES OF STANLEY G HILTON

        By: _____
            STANLEY G. HILTON
            Attorney for Plaintiff TOM BYRNES

22  IT IS SO ORDERED.
23  Dated: 11/15/05                    /s/ Ronald M. Whyte
24                                     _____
                                       Hon. Ronald M. Whyte

25  P110305 kjs Stip. to Cont. Hearings.doc

BYRNES v. LOCKHEED, ET AL.                          STIP./ORDER RE: CONTINUING
CASE NO. C 04 3941 RMW            2                 HEARING DATES